# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2025

## NO. 03-25-00857-CR

**Joshua Ryan Rios, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.